McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DENNIS J. HANNA
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: Dennis.Hanna@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| TEODOMIRA MORENO,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE[1],<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:06-cv-01516-AWI-TAG<br><br>STIPULATION AND ORDER TO EXTEND TIME<br>(Doc. 16) |

    The parties, through their respective counsel, stipulate that Defendant's time for responding to Plaintiff's confidential letter be extended from June 19, 2007, to July 19, 2007.

    This is Defendant's first request for an extension of time to respond to Plaintiff's confidential letter. Defendant needs the additional time in order to provide further opportunity for review and analysis of this case.

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Respectfully submitted,

Dated: *June 14 , 2007*              */s/ Charles D. Oren*
                                                    (As authorized via facsimile)
                                                    CHARLES D. OREN
                                                    Attorney for Plaintiff

Dated: *June 14, 2007*              McGREGOR W. SCOTT
                                                    United States Attorney
                                                    LUCILLE GONZALES MEIS
                                                    Regional Chief Counsel, Region IX
                                                    Social Security Administration

                                                    */s/ Dennis J. Hanna*
                                                    DENNIS J. HANNA
                                                    Special Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  **June 15, 2007**              **/s/ Theresa A. Goldner**
                                                 UNITED STATES MAGISTRATE JUDGE